**JUDGE PATTERSON**           07 CV 8614

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUDSON REALTY CAPITAL FUND III LP, HRC FUND III POOLING DOMESTIC LLC, and HRC FUND III POOLING REIT, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> MILLENIA LUXURY CONDOMINIUMS (FLORIDA) LLC, UDUARDO AVILA and JACK KAPLAN, <br><br> Defendants | Civil Action No. _____ <br><br>  <br><br> **DISCLOSURE STATEMENT REQUIRED BY RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

In accordance with the provisions of Rule 7.1(a) of the Federal Rules of Civil Procedure, defendant Millenia Luxury Condominiums (Florida), LLC, a limited liability company, is 100% owned by OKA Traditions LLC (51%), Oxted Trust (24.5%) and Pacific Cable Televisions, Inc. (24.5%). No publicly held corporation owns 10% or more of the stock of Millenia Luxury Condominiums (Florida), LLC.

Dated: May 4, 2007

                                       Respectfully submitted,

                                       ADORNO & YOSS LLP
                                       Attorneys for Defendants

                                       By: _____
                                       Stephen C. Hunt (SH 6603)
                                       350 East Las Olas Boulevard, Suite 1700
                                       Fort Lauderdale, Florida 33301-4217
                                       Phone: (954) 763-1200
                                       Fax: (954) 766-7800
                                       Email: shunt@adorno.com