UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No. 1:07-cv-03614-RPP

| | |
|---|---|
| HUDSON REALTY CAPITAL FUND III LP, HRC FUND III POOLING DOMESTIC LLC, and HRC FUND III POOLING REIT, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MILLENIA LUXURY CONDOMINIUMS (FLORIDA) LLC, UDUARDO AVILA and JACK KAPLAN,<br><br>Defendants | **CERTIFICATE OF SERVICE** |

    I HEREBY CERTIFY that on May 7, 2007 I caused a true and correct copy of the Defendants' Notice of Removal, Civil Cover Sheet and Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to be served by U.S. mail, in a sealed envelope, with fully pre-paid postage affixed thereto, upon:

        Howard E. Cotton, Esq.
        Michael S. Gordon, Esq.
        Katten Muchin Rosenman LLP
        575 Madison Avenue
        New York, NY 10022

Dated: May 7, 2007

        ADORNO & YOSS LLP
        Attorneys for Defendants

        By: /s/Stephen C. Hunt
            Stephen C. Hunt (SH-6603)
            350 East Las Olas Blvd., Suite 1700
            Fort Lauderdale, Florida 33301
            Telephone: 954-763-1200
            Telecopier: 954-766-7800
            Email: shunt@adorno.com