UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No. 1:07-cv-03614-RPP

| | |
|---|---|
| HUDSON REALTY CAPITAL FUND III LP, HRC FUND III POOLING DOMESTIC LLC, and HRC FUND III POOLING REIT, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MILLENIA LUXURY CONDOMINIUMS (FLORIDA) LLC, UDUARDO AVILA and JACK KAPLAN,<br><br>Defendants | **NOTICE OF SERVICE OF INDIVIDUAL PRACTICES** |

NOTICE IS HEREBY GIVEN that on May 8, 2007 a true and correct copy of the Individual Practices of Honorable Robert P. Patterson, United States District Judge and Honorable Ronald L. Ellis, United States Magistrate Judge, were served by first class mail, in a sealed envelope, with fully pre-paid postage affixed thereto, upon: Howard E. Cotton and Michael S. Gordon, Esquires, of Katten, Muchin & Rosenman LLP, Attorneys for the Plaintiff, at 575 Madison Avenue, New York, New York 10022

Dated:  May 8, 2007

                                  ADORNO & YOSS LLP
                                  Attorneys for Defendants

                                  By:   /s/Stephen C. Hunt
                                        Stephen C. Hunt (SH 6603)
                                        350 East Las Olas Boulevard, Suite 1700
                                        Fort Lauderdale, Florida 33301-4217
                                        Phone:  (954) 763-1200
                                        Fax:  (954) 766-7800
                                        Email: shunt@adorno.com