UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No. 1:07-cv-03614-RPP/RLE

| | |
|---|---|
| HUDSON REALTY CAPITAL FUND III LP, HRC FUND III POOLING DOMESTIC LLC, and HRC FUND III POOLING REIT, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MILLENIA LUXURY CONDOMINIUMS (FLORIDA) LLC, UDUARDO AVILA and JACK KAPLAN,<br><br>Defendants | **CERTIFICATE OF SERVICE** |

I HEREBY CERTIFY that on May 11, 2007, and in accordance with Local Civil Rule 5.3(a), I caused a true and correct copy of the Defendants' Notice of Motion, Motion to Dismiss and Memorandum of Law to be served by overnight mail, in a sealed envelope, with fully pre-paid delivery charges affixed thereto, upon:

>Howard E. Cotton, Esq.
>Michael S. Gordon, Esq.
>Katten Muchin Rosenman LLP
>575 Madison Avenue
>New York, NY 10022

Dated: May 11, 2007

>ADORNO & YOSS LLP
>Attorneys for Defendants
>
>By: /s/Stephen C. Hunt
>    Stephen C. Hunt (SH-6603)
>    350 East Las Olas Blvd., Suite 1700
>    Fort Lauderdale, Florida 33301
>    Telephone: 954-763-1200
>    Telecopier: 954-766-7800
>    Email: shunt@adorno.com

{212647.0007/N0659254_1}