UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No. 1:07-cv-03614-RPP

HUDSON REALTY CAPITAL FUND III LP,
HRC FUND III POOLING DOMESTIC LLC,
and HRC FUND III POOLING REIT, LLC,

    Plaintiffs,

v.

MILLENIA LUXURY CONDOMINIUMS
(FLORIDA) LLC, UDUARDO AVILA and
JACK KAPLAN,

    Defendants

**NOTICE OF SERVICE**

NOTICE IS HEREBY GIVEN that on May 15, 2007 a true and correct copy of the Court's May 10, 2007 Calendar Notice was served by both telecopier and first class mail, in a sealed envelope, with fully pre-paid postage affixed thereto, upon: Howard E. Cotton and Michael S. Gordon, Esquires, of Katten, Muchin & Rosenman LLP, Attorneys for the Plaintiff, at 575 Madison Avenue, New York, New York 10022. On May 15, 2007 the foregoing counsel were also advised telephonically, through staff, as to the contents of the Court's Calendar Notice. A true and correct copy of the Court's May 10, 2007 Calendar Notice is annexed hereto and made a part hereof as Exhibit "A."

Dated: May 15, 2007

        ADORNO & YOSS LLP
        Attorneys for Defendants

        By:  /s/Stephen C. Hunt
            Stephen C. Hunt (SH 6603)
            350 East Las Olas Boulevard, Suite 1700
            Fort Lauderdale, Florida 33301-4217
            Phone: (954) 763-1200
            Fax: (954) 766-7800
            Email: shunt@adorno.com