UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————X

*Hudson Realty Capital Fund III*

              Plaintiff(s),

         -against -

*Millenia Luxury Condominiums*

              Defendant(s)

———————————————————————————X

<u>CALENDAR NOTICE</u>

*07* CV *3614*　(RPP)

   PLEASE TAKE NOTICE THAT A CASE MANAGEMENT CONFERENCE IN THE
ABOVE CAPTIONED ACTION HAS BEEN SCHEDULED FOR *Tues. July 17, 2007*
AT *9Am*, BEFORE THE HONORABLE ROBERT P. PATTERSON, JR.,
UNITED STATES DISTRICT COURT JUDGE IN COURTROOM 24A.
   **ALL REQUESTS FOR CONFERENCE ADJOURNMENTS MUST BE IN WRITTEN
FORM <u>NO LESS THAN 48 HOURS PRIOR TO THE CONFERENCE DATE</u>. NO
REQUESTS WILL BE ENTERTAINED BY TELEPHONE.**

   <u>Please advise all parties by telephone and in writing of the
scheduled conference, and forward a copy of your notification
letter to Chambers</u>. **Failure to appear at the conference by the
Plaintiff may result in dismissal of the action for lack of
prosecution. Failure to appear by the Defendant(s) may result in
a default judgment.**

   <u>**ALL COUNSEL MUST APPEAR AT THE SCHEDULED CONFERENCE.**</u>

Dated: New York, New York
     *5/10/07*

                       MICHAEL J. McMAHON
                       CLERK OF COURT
         By: *Robert Monteagudo*
                     Robert Monteagudo
                   Courtroom Deputy to
          Hon. Robert P. Patterson, Jr.
                  (212) 805-0115

cc: *Stephen C. Hunt*