USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/07

# Katten
KattenMuchinRosenman LLP

575 Madison Avenue
New York, NY 10022-2585
212.940.8800 tel
212.940.6400 fax

MICHAEL S. GORDON
michael.gordon@kattenlaw.com
212.940.8686 direct
212.894 5966 fax

July 26, 2007

**Via Facsimile**

Honorable Robert P. Patterson
United States District Court
Southern District of New York
U.S. Courthouse
500 Pearl Street, Room 2550
New York, New York 10017-1316



Re:   Hudson Realty Capital Fund III, LP et al. v. Millenia Luxury
      Condominiums (Florida) LLC, et al., 07 CV 3614 (RPP)

Dear Judge Patterson:

We represent Plaintiffs Hudson Realty Capital Fund III LP, HRC Fund III Pooling Domestic, LLC and HRC Fund III Pooling REIT, LLC ("Plaintiffs") in the above-referenced matter.

Plaintiffs respectfully request an extension of time to respond to Defendants' Motion to Dismiss the Complaint, or in the Alternative, to Transfer Venue, dated May 11, 2007 ("Defendants' Motion"). Absent an extension, Plaintiffs would be required to serve, inter alia, any opposing papers to Defendants' Motion by July 27, 2007. Pending the Court's approval, Defendants' counsel has consented to an extension of Plaintiffs' time to respond to Defendants' Motion until September 7, 2007. Two prior requests for an extension have been made by the undersigned on May 25 and June 28, both of which were granted by the Court.

Accordingly, Plaintiffs respectfully request that the Court approve the extension.

Respectfully submitted,

Michael S. Gordon

*Application granted. This is a final extension. So ordered. Robt P Patterson Jr USDJ 7/26/07*

MSG:dmp

cc:   Charles M. Tatelbaum, Esq. (Defendants' counsel) (via facsimile)
      Stephen C. Hunt, Esq. (Defendants' counsel) (via facsimile)

NEW YORK   CHARLOTTE   CHICAGO   IRVING   LONDON   LOS ANGELES   PALO ALTO   WASHINGTON, DC   WWW.KATTENLAW.COM
LONDON AFFILIATE: KATTEN MUCHIN ROSENMAN CORNISH LLP
A limited liability partnership including professional corporations

84231557 1