| 9. | Closings under Approved Sales Contracts and Payment of Release Consideration to Senior Lender and Mezzanine Lender plus Occupied Unit Contracts with respect to which Tenant is in compliance with Section 9.2.11 | |
|---|---|---|
| a. | 25 Units | Each 30 day period after consummating Condominium Conversion, closings on 25 Units (on a cumulative basis) until aggregate 300 such Units (including the 115 Units required to be closed under Section 9.2.10 hereof). As for example, if during the first such 30 day period after Condominium Conversion 30 Units are closed, during the next 30 day period 20 units must be closed |
| b. | 15 Units | Each 30 day period after aggregate 300 such Units, closings on 15 Units (on a cumulative basis) |

# EXHIBIT E

## MINIMUM RELEASE CONSIDERATION

EXHIBIT C
Minimum Sales Price Schedule

92.00%

| Bldg. | Bldg. Type | Floor # | Unit Number | Unit Type | Total SqFt | Condo Minimum Sales Price | Per SF | Condo Maximum Release Price | Per SF |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 5 | 2 | 122 | Ashland | 648 | $ 159,688 | $ 246 | $ 148,510 | $ 229 |
| 1 | 5 | 4 | 124 | Ashland | 648 | $ 159,688 | $ 246 | $ 148,510 | $ 229 |
| 2 | 1 | 1 | 211 | Madison | 1,174 | $ 274,150 | $ 234 | $ 254,960 | $ 217 |
| 2 | 1 | 2 | 212 | Madison | 1,174 | $ 284,150 | $ 242 | $ 264,260 | $ 225 |
| 2 | 1 | 3 | 213 | Charleston | 782 | $ 185,642 | $ 237 | $ 172,647 | $ 221 |
| 2 | 1 | 4 | 214 | Charleston | 782 | $ 200,642 | $ 257 | $ 186,597 | $ 239 |
| 2 | 1 | 5 | 215 | Charleston | 782 | $ 185,642 | $ 237 | $ 172,647 | $ 221 |
| 2 | 1 | 6 | 216 | Charleston | 782 | $ 200,642 | $ 257 | $ 186,597 | $ 239 |
| 2 | 1 | 7 | 217 | Madison | 1,174 | $ 274,150 | $ 234 | $ 254,960 | $ 217 |
| 2 | 1 | 8 | 218 | Madison | 1,174 | $ 284,150 | $ 242 | $ 264,260 | $ 225 |
| 2 | 1 | 0 | 220 | Georgetown | 850 | $ 196,350 | $ 231 | $ 182,606 | $ 215 |
| 2 | 1 | 1 | 221 | Madison | 1,174 | $ 264,150 | $ 225 | $ 245,660 | $ 209 |
| 2 | 1 | 2 | 222 | Madison | 1,174 | $ 274,150 | $ 234 | $ 254,960 | $ 217 |
| 2 | 1 | 3 | 223 | Charleston | 782 | $ 180,642 | $ 231 | $ 167,997 | $ 215 |
| 2 | 1 | 4 | 224 | Charleston | 782 | $ 195,642 | $ 250 | $ 181,947 | $ 233 |
| 2 | 1 | 5 | 225 | Charleston | 782 | $ 180,642 | $ 231 | $ 167,997 | $ 215 |
| 2 | 1 | 6 | 226 | Charleston | 782 | $ 195,642 | $ 250 | $ 181,947 | $ 233 |
| 2 | 1 | 7 | 227 | Madison | 1,174 | $ 264,150 | $ 225 | $ 245,660 | $ 209 |
| 2 | 1 | 8 | 228 | Madison | 1,174 | $ 274,150 | $ 234 | $ 254,960 | $ 217 |
| 2 | 1 | 9 | 229 | Georgetown | 850 | $ 196,350 | $ 231 | $ 182,606 | $ 215 |
| 2 | 1 | 0 | 230 | Georgetown | 850 | $ 191,350 | $ 225 | $ 177,956 | $ 209 |
| 2 | 1 | 1 | 231 | Madison | 1,174 | $ 264,150 | $ 225 | $ 245,660 | $ 209 |
| 2 | 1 | 2 | 232 | Madison | 1,174 | $ 274,150 | $ 234 | $ 254,960 | $ 217 |
| 2 | 1 | 3 | 233 | Charleston | 782 | $ 175,642 | $ 225 | $ 163,347 | $ 209 |
| 2 | 1 | 4 | 234 | Charleston | 782 | $ 190,642 | $ 244 | $ 177,297 | $ 227 |
| 2 | 1 | 5 | 235 | Charleston | 782 | $ 175,642 | $ 225 | $ 163,347 | $ 209 |
| 2 | 1 | 6 | 236 | Charleston | 782 | $ 190,642 | $ 244 | $ 177,297 | $ 227 |
| 2 | 1 | 7 | 237 | Madison | 1,174 | $ 264,150 | $ 225 | $ 245,660 | $ 209 |
| 2 | 1 | 8 | 238 | Madison | 1,174 | $ 274,150 | $ 234 | $ 254,960 | $ 217 |
| 2 | 1 | 9 | 239 | Georgetown | 850 | $ 191,350 | $ 225 | $ 177,956 | $ 209 |
| 3 | 3 | 1 | 311 | Williamsburg | 1,478 | $ 336,638 | $ 228 | $ 313,073 | $ 212 |
| 3 | 3 | 2 | 312 | Williamsburg | 1,478 | $ 351,638 | $ 238 | $ 327,023 | $ 221 |
| 3 | 3 | 3 | 313 | Georgetown | 850 | $ 201,350 | $ 237 | $ 187,256 | $ 220 |
| 3 | 3 | 4 | 314 | Georgetown | 850 | $ 216,350 | $ 255 | $ 201,206 | $ 237 |
| 3 | 3 | 5 | 315 | Williamsburg | 1,478 | $ 336,638 | $ 228 | $ 313,073 | $ 212 |
| 3 | 3 | 6 | 316 | Williamsburg | 1,478 | $ 351,638 | $ 238 | $ 327,023 | $ 221 |
| 3 | 3 | 1 | 321 | Williamsburg | 1,478 | $ 331,638 | $ 224 | $ 308,423 | $ 209 |
| 3 | 3 | 2 | 322 | Williamsburg | 1,478 | $ 346,638 | $ 235 | $ 322,373 | $ 218 |
| 3 | 3 | 3 | 323 | Georgetown | 850 | $ 196,350 | $ 231 | $ 182,606 | $ 215 |
| 3 | 3 | 4 | 324 | Georgetown | 850 | $ 211,350 | $ 249 | $ 196,556 | $ 231 |
| 3 | 3 | 5 | 325 | Williamsburg | 1,478 | $ 331,638 | $ 224 | $ 308,423 | $ 209 |
| 3 | 3 | 6 | 326 | Williamsburg | 1,478 | $ 346,638 | $ 235 | $ 322,373 | $ 218 |
| 3 | 3 | 1 | 331 | Williamsburg | 1,478 | $ 326,638 | $ 221 | $ 303,773 | $ 206 |
| 3 | 3 | 2 | 332 | Williamsburg | 1,478 | $ 341,638 | $ 231 | $ 317,723 | $ 215 |
| 3 | 3 | 3 | 333 | Georgetown | 850 | $ 191,350 | $ 225 | $ 177,956 | $ 209 |
| 3 | 3 | 4 | 334 | Georgetown | 850 | $ 206,350 | $ 243 | $ 191,906 | $ 226 |
| 3 | 3 | 5 | 335 | Williamsburg | 1,478 | $ 326,638 | $ 221 | $ 303,773 | $ 206 |
| 3 | 3 | 6 | 336 | Williamsburg | 1,478 | $ 341,638 | $ 231 | $ 317,723 | $ 215 |
| 4 | 1 | 1 | 411 | Madison | 1,174 | $ 274,150 | $ 234 | $ 254,960 | $ 217 |
| 4 | 1 | 2 | 412 | Madison | 1,174 | $ 284,150 | $ 242 | $ 264,260 | $ 225 |
| 4 | 1 | 3 | 413 | Charleston | 782 | $ 185,642 | $ 237 | $ 172,647 | $ 221 |
| 4 | 1 | 4 | 414 | Charleston | 782 | $ 200,642 | $ 257 | $ 186,597 | $ 239 |
| 4 | 1 | 5 | 415 | Charleston | 782 | $ 185,642 | $ 237 | $ 172,647 | $ 221 |
| 4 | 1 | 6 | 416 | Charleston | 782 | $ 200,642 | $ 257 | $ 186,597 | $ 239 |
| 4 | 1 | 7 | 417 | Madison | 1,174 | $ 274,150 | $ 234 | $ 254,960 | $ 217 |
| 4 | 1 | 8 | 418 | Madison | 1,174 | $ 284,150 | $ 242 | $ 264,260 | $ 225 |
| 4 | 1 | 0 | 420 | Georgetown | 850 | $ 196,350 | $ 231 | $ 182,606 | $ 215 |
| 4 | 1 | 1 | 421 | Madison | 1,174 | $ 264,150 | $ 225 | $ 245,660 | $ 209 |
| 4 | 1 | 2 | 422 | Madison | 1,174 | $ 274,150 | $ 234 | $ 254,960 | $ 217 |
| 4 | 1 | 3 | 423 | Charleston | 782 | $ 180,642 | $ 231 | $ 167,997 | $ 215 |
| 4 | 1 | 4 | 424 | Charleston | 782 | $ 195,642 | $ 250 | $ 181,947 | $ 233 |
| 4 | 1 | 5 | 425 | Charleston | 782 | $ 180,642 | $ 231 | $ 167,997 | $ 215 |
| 4 | 1 | 6 | 426 | Charleston | 782 | $ 195,642 | $ 250 | $ 181,947 | $ 233 |
| 4 | 1 | 7 | 427 | Madison | 1,174 | $ 264,150 | $ 225 | $ 245,660 | $ 209 |
| 4 | 1 | 8 | 428 | Madison | 1,174 | $ 274,150 | $ 234 | $ 254,960 | $ 217 |
| 4 | 1 | 9 | 429 | Georgetown | 850 | $ 196,350 | $ 231 | $ 182,606 | $ 215 |
| 4 | 1 | 0 | 430 | Georgetown | 850 | $ 191,350 | $ 225 | $ 177,956 | $ 209 |
| 4 | 1 | 1 | 431 | Madison | 1,174 | $ 264,150 | $ 225 | $ 245,660 | $ 209 |
| 4 | 1 | 2 | 432 | Madison | 1,174 | $ 274,150 | $ 234 | $ 254,960 | $ 217 |
| 4 | 1 | 3 | 433 | Charleston | 782 | $ 175,642 | $ 225 | $ 163,347 | $ 209 |
| 4 | 1 | 4 | 434 | Charleston | 782 | $ 190,642 | $ 244 | $ 177,297 | $ 227 |
| 4 | 1 | 5 | 435 | Charleston | 782 | $ 175,642 | $ 225 | $ 163,347 | $ 209 |
| 4 | 1 | 6 | 436 | Charleston | 782 | $ 190,642 | $ 244 | $ 177,297 | $ 227 |
| 4 | 1 | 7 | 437 | Madison | 1,174 | $ 264,150 | $ 225 | $ 245,660 | $ 209 |
| 4 | 1 | 8 | 438 | Madison | 1,174 | $ 274,150 | $ 234 | $ 254,960 | $ 217 |
| 4 | 1 | 9 | 439 | Georgetown | 850 | $ 191,350 | $ 225 | $ 177,956 | $ 209 |
| 5 | 1 | 1 | 511 | Madison | 1,174 | $ 274,150 | $ 234 | $ 254,960 | $ 217 |
| 5 | 1 | 2 | 512 | Madison | 1,174 | $ 284,150 | $ 242 | $ 264,260 | $ 225 |
| 5 | 1 | 3 | 513 | Charleston | 782 | $ 185,642 | $ 237 | $ 172,647 | $ 221 |
| 5 | 1 | 4 | 514 | Charleston | 782 | $ 200,642 | $ 257 | $ 186,597 | $ 239 |
| 5 | 1 | 5 | 515 | Charleston | 782 | $ 185,642 | $ 237 | $ 172,647 | $ 221 |
| 5 | 1 | 6 | 516 | Charleston | 782 | $ 200,642 | $ 257 | $ 186,597 | $ 239 |
| 5 | 1 | 7 | 517 | Madison | 1,174 | $ 274,150 | $ 234 | $ 254,960 | $ 217 |
| 5 | 1 | 8 | 518 | Madison | 1,174 | $ 284,150 | $ 242 | $ 264,260 | $ 225 |
| 5 | 1 | 0 | 520 | Georgetown | 850 | $ 196,350 | $ 231 | $ 182,606 | $ 215 |
| 5 | 1 | 1 | 521 | Madison | 1,174 | $ 264,150 | $ 225 | $ 245,660 | $ 209 |
| 5 | 1 | 2 | 522 | Madison | 1,174 | $ 274,150 | $ 234 | $ 254,960 | $ 217 |
| 5 | 1 | 3 | 523 | Charleston | 782 | $ 180,642 | $ 231 | $ 167,997 | $ 215 |
| 5 | 1 | 4 | 524 | Charleston | 782 | $ 195,642 | $ 250 | $ 181,947 | $ 233 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 1 | 5 | 525 | Charleston | 782 | $ | 180,642 | $ | 231 | $ | 167,997 | $ 215 |
| 5 | 1 | 6 | 526 | Charleston | 782 | $ | 195,642 | $ | 250 | $ | 181,947 | $ 233 |
| 5 | 1 | 7 | 527 | Madison | 1,174 | $ | 264,150 | $ | 225 | $ | 245,660 | $ 209 |
| 5 | 1 | 8 | 528 | Madison | 1,174 | $ | 274,150 | $ | 234 | $ | 254,960 | $ 217 |
| 5 | 1 | 9 | 529 | Georgetown | 850 | $ | 196,350 | $ | 231 | $ | 182,606 | $ 215 |
| 5 | 1 | 0 | 530 | Georgetown | 850 | $ | 191,350 | $ | 225 | $ | 177,956 | $ 209 |
| 5 | 1 | 1 | 531 | Madison | 1,174 | $ | 264,150 | $ | 225 | $ | 245,660 | $ 209 |
| 5 | 1 | 2 | 532 | Madison | 1,174 | $ | 274,150 | $ | 234 | $ | 254,960 | $ 217 |
| 5 | 1 | 3 | 533 | Charleston | 782 | $ | 175,642 | $ | 225 | $ | 163,347 | $ 209 |
| 5 | 1 | 4 | 534 | Charleston | 782 | $ | 190,642 | $ | 244 | $ | 177,297 | $ 227 |
| 5 | 1 | 5 | 535 | Charleston | 782 | $ | 175,642 | $ | 225 | $ | 163,347 | $ 209 |
| 5 | 1 | 6 | 536 | Charleston | 782 | $ | 190,642 | $ | 244 | $ | 177,297 | $ 227 |
| 5 | 1 | 7 | 537 | Madison | 1,174 | $ | 264,150 | $ | 225 | $ | 245,660 | $ 209 |
| 5 | 1 | 8 | 538 | Madison | 1,174 | $ | 274,150 | $ | 234 | $ | 254,960 | $ 217 |
| 5 | 1 | 9 | 539 | Georgetown | 850 | $ | 191,350 | $ | 225 | $ | 177,956 | $ 209 |
| 6 | 1 | 1 | 611 | Madison | 1,174 | $ | 274,150 | $ | 234 | $ | 254,960 | $ 217 |
| 6 | 1 | 2 | 612 | Madison | 1,174 | $ | 284,150 | $ | 242 | $ | 264,260 | $ 225 |
| 6 | 1 | 3 | 613 | Charleston | 782 | $ | 185,642 | $ | 237 | $ | 172,647 | $ 221 |
| 6 | 1 | 4 | 614 | Charleston | 782 | $ | 200,642 | $ | 257 | $ | 186,597 | $ 239 |
| 6 | 1 | 5 | 615 | Charleston | 782 | $ | 185,642 | $ | 237 | $ | 172,647 | $ 221 |
| 6 | 1 | 6 | 616 | Charleston | 782 | $ | 200,642 | $ | 257 | $ | 186,597 | $ 239 |
| 6 | 1 | 7 | 617 | Madison | 1,174 | $ | 274,150 | $ | 234 | $ | 254,960 | $ 217 |
| 6 | 1 | 8 | 618 | Madison | 1,174 | $ | 284,150 | $ | 242 | $ | 264,260 | $ 225 |
| 6 | 1 | 0 | 620 | Georgetown | 850 | $ | 196,350 | $ | 231 | $ | 182,606 | $ 215 |
| 6 | 1 | 1 | 621 | Madison | 1,174 | $ | 264,150 | $ | 225 | $ | 245,660 | $ 209 |
| 6 | 1 | 2 | 622 | Madison | 1,174 | $ | 274,150 | $ | 234 | $ | 254,960 | $ 217 |
| 6 | 1 | 3 | 623 | Charleston | 782 | $ | 180,642 | $ | 231 | $ | 167,997 | $ 215 |
| 6 | 1 | 4 | 624 | Charleston | 782 | $ | 195,642 | $ | 250 | $ | 181,947 | $ 233 |
| 6 | 1 | 5 | 625 | Charleston | 782 | $ | 180,642 | $ | 231 | $ | 167,997 | $ 215 |
| 6 | 1 | 6 | 626 | Charleston | 782 | $ | 195,642 | $ | 250 | $ | 181,947 | $ 233 |
| 6 | 1 | 7 | 627 | Madison | 1,174 | $ | 264,150 | $ | 225 | $ | 245,660 | $ 209 |
| 6 | 1 | 8 | 628 | Madison | 1,174 | $ | 274,150 | $ | 234 | $ | 254,960 | $ 217 |
| 6 | 1 | 9 | 629 | Georgetown | 850 | $ | 196,350 | $ | 231 | $ | 182,606 | $ 215 |
| 6 | 1 | 0 | 630 | Georgetown | 850 | $ | 191,350 | $ | 225 | $ | 177,956 | $ 209 |
| 6 | 1 | 1 | 631 | Madison | 1,174 | $ | 264,150 | $ | 225 | $ | 245,660 | $ 209 |
| 6 | 1 | 2 | 632 | Madison | 1,174 | $ | 274,150 | $ | 234 | $ | 254,960 | $ 217 |
| 6 | 1 | 3 | 633 | Charleston | 782 | $ | 175,642 | $ | 225 | $ | 163,347 | $ 209 |
| 6 | 1 | 4 | 634 | Charleston | 782 | $ | 190,642 | $ | 244 | $ | 177,297 | $ 227 |
| 6 | 1 | 5 | 635 | Charleston | 782 | $ | 175,642 | $ | 225 | $ | 163,347 | $ 209 |
| 6 | 1 | 6 | 636 | Charleston | 782 | $ | 190,642 | $ | 244 | $ | 177,297 | $ 227 |
| 6 | 1 | 7 | 637 | Madison | 1,174 | $ | 264,150 | $ | 225 | $ | 245,660 | $ 209 |
| 6 | 1 | 8 | 638 | Madison | 1,174 | $ | 274,150 | $ | 234 | $ | 254,960 | $ 217 |
| 6 | 1 | 9 | 639 | Georgetown | 850 | $ | 191,350 | $ | 225 | $ | 177,956 | $ 209 |
| 7 | 1 | 1 | 711 | Madison | 1,174 | $ | 269,150 | $ | 229 | $ | 250,310 | $ 213 |
| 7 | 1 | 2 | 712 | Madison | 1,174 | $ | 269,150 | $ | 229 | $ | 250,310 | $ 213 |
| 7 | 1 | 3 | 713 | Charleston | 782 | $ | 185,642 | $ | 237 | $ | 172,647 | $ 221 |
| 7 | 1 | 4 | 714 | Charleston | 782 | $ | 185,642 | $ | 237 | $ | 172,647 | $ 221 |
| 7 | 1 | 5 | 715 | Charleston | 782 | $ | 185,642 | $ | 237 | $ | 172,647 | $ 221 |
| 7 | 1 | 6 | 716 | Charleston | 782 | $ | 185,642 | $ | 237 | $ | 172,647 | $ 221 |
| 7 | 1 | 7 | 717 | Madison | 1,174 | $ | 269,150 | $ | 229 | $ | 250,310 | $ 213 |
| 7 | 1 | 8 | 718 | Madison | 1,174 | $ | 269,150 | $ | 229 | $ | 250,310 | $ 213 |
| 7 | 1 | 0 | 720 | Georgetown | 850 | $ | 196,350 | $ | 231 | $ | 182,606 | $ 215 |
| 7 | 1 | 1 | 721 | Madison | 1,174 | $ | 264,150 | $ | 225 | $ | 245,660 | $ 209 |
| 7 | 1 | 2 | 722 | Madison | 1,174 | $ | 264,150 | $ | 225 | $ | 245,660 | $ 209 |
| 7 | 1 | 3 | 723 | Charleston | 782 | $ | 180,642 | $ | 231 | $ | 167,997 | $ 215 |
| 7 | 1 | 4 | 724 | Charleston | 782 | $ | 180,642 | $ | 231 | $ | 167,997 | $ 215 |
| 7 | 1 | 5 | 725 | Charleston | 782 | $ | 180,642 | $ | 231 | $ | 167,997 | $ 215 |
| 7 | 1 | 6 | 726 | Charleston | 782 | $ | 180,642 | $ | 231 | $ | 167,997 | $ 215 |
| 7 | 1 | 7 | 727 | Madison | 1,174 | $ | 264,150 | $ | 225 | $ | 245,660 | $ 209 |
| 7 | 1 | 8 | 728 | Madison | 1,174 | $ | 264,150 | $ | 225 | $ | 245,660 | $ 209 |
| 7 | 1 | 9 | 729 | Georgetown | 850 | $ | 196,350 | $ | 231 | $ | 182,606 | $ 215 |
| 7 | 1 | 0 | 730 | Georgetown | 850 | $ | 191,350 | $ | 225 | $ | 177,956 | $ 209 |
| 7 | 1 | 1 | 731 | Madison | 1,174 | $ | 259,150 | $ | 221 | $ | 241,010 | $ 205 |
| 7 | 1 | 2 | 732 | Madison | 1,174 | $ | 259,150 | $ | 221 | $ | 241,010 | $ 205 |
| 7 | 1 | 3 | 733 | Charleston | 782 | $ | 175,642 | $ | 225 | $ | 163,347 | $ 209 |
| 7 | 1 | 4 | 734 | Charleston | 782 | $ | 175,642 | $ | 225 | $ | 163,347 | $ 209 |
| 7 | 1 | 5 | 735 | Charleston | 782 | $ | 175,642 | $ | 225 | $ | 163,347 | $ 209 |
| 7 | 1 | 6 | 736 | Charleston | 782 | $ | 175,642 | $ | 225 | $ | 163,347 | $ 209 |
| 7 | 1 | 7 | 737 | Madison | 1,174 | $ | 259,150 | $ | 221 | $ | 241,010 | $ 205 |
| 7 | 1 | 8 | 738 | Madison | 1,174 | $ | 259,150 | $ | 221 | $ | 241,010 | $ 205 |
| 7 | 1 | 9 | 739 | Georgetown | 850 | $ | 191,350 | $ | 225 | $ | 177,956 | $ 209 |
| 8 | 2 | 1 | 811 | Savannah | 1,336 | $ | 305,256 | $ | 228 | $ | 283,888 | $ 212 |
| 8 | 2 | 2 | 812 | Savannah | 1,336 | $ | 310,256 | $ | 232 | $ | 288,538 | $ 216 |
| 8 | 2 | 3 | 813 | Henderson | 1,036 | $ | 241,208 | $ | 233 | $ | 224,323 | $ 217 |
| 8 | 2 | 4 | 814 | Henderson | 1,036 | $ | 246,208 | $ | 238 | $ | 228,973 | $ 221 |
| 8 | 2 | 5 | 815 | Henderson | 1,036 | $ | 241,208 | $ | 233 | $ | 224,323 | $ 217 |
| 8 | 2 | 6 | 816 | Henderson | 1,036 | $ | 246,208 | $ | 238 | $ | 228,973 | $ 221 |
| 8 | 2 | 7 | 817 | Savannah | 1,336 | $ | 305,256 | $ | 228 | $ | 283,888 | $ 212 |
| 8 | 2 | 8 | 818 | Savannah | 1,336 | $ | 310,256 | $ | 232 | $ | 288,538 | $ 216 |
| 8 | 2 | 1 | 821 | Savannah | 1,336 | $ | 300,256 | $ | 225 | $ | 279,238 | $ 209 |
| 8 | 2 | 2 | 822 | Savannah | 1,336 | $ | 305,256 | $ | 228 | $ | 283,888 | $ 212 |
| 8 | 2 | 3 | 823 | Henderson | 1,036 | $ | 236,208 | $ | 228 | $ | 219,673 | $ 212 |
| 8 | 2 | 4 | 824 | Henderson | 1,036 | $ | 241,208 | $ | 233 | $ | 224,323 | $ 217 |
| 8 | 2 | 5 | 825 | Henderson | 1,036 | $ | 236,208 | $ | 228 | $ | 219,673 | $ 212 |
| 8 | 2 | 6 | 826 | Henderson | 1,036 | $ | 241,208 | $ | 233 | $ | 224,323 | $ 217 |
| 8 | 2 | 7 | 827 | Savannah | 1,336 | $ | 300,256 | $ | 225 | $ | 279,238 | $ 209 |
| 8 | 2 | 8 | 828 | Savannah | 1,336 | $ | 305,256 | $ | 228 | $ | 283,888 | $ 212 |
| 8 | 2 | 1 | 831 | Savannah | 1,336 | $ | 295,256 | $ | 221 | $ | 274,588 | $ 206 |
| 8 | 2 | 2 | 832 | Savannah | 1,336 | $ | 300,256 | $ | 225 | $ | 279,238 | $ 209 |
| 8 | 2 | 3 | 833 | Henderson | 1,036 | $ | 231,208 | $ | 223 | $ | 215,023 | $ 208 |
| 8 | 2 | 4 | 834 | Henderson | 1,036 | $ | 236,208 | $ | 228 | $ | 219,673 | $ 212 |
| 8 | 2 | 5 | 835 | Henderson | 1,036 | $ | 231,208 | $ | 223 | $ | 215,023 | $ 208 |
| 8 | 2 | 6 | 836 | Henderson | 1,036 | $ | 236,208 | $ | 228 | $ | 219,673 | $ 212 |
| 8 | 2 | 7 | 837 | Savannah | 1,336 | $ | 295,256 | $ | 221 | $ | 274,588 | $ 206 |
| 8 | 2 | 8 | 838 | Savannah | 1,336 | $ | 300,256 | $ | 225 | $ | 279,238 | $ 209 |
| 9 | 4 | 1 | 911 | Lexington | 1,091 | $ | 257,657 | $ | 236 | $ | 239,621 | $ 220 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 9 | 4 | 2 | 912 | Lexington | 1,091 | $ | 257,657 | $ 236 | $ | 239,621 | $ 220 |
| 9 | 4 | 3 | 913 | Georgetown | 850 | $ | 201,350 | $ 237 | $ | 187,256 | $ 220 |
| 9 | 4 | 4 | 914 | Lexington | 1,091 | $ | 257,657 | $ 236 | $ | 239,621 | $ 220 |
| 9 | 4 | 5 | 915 | Lexington | 1,091 | $ | 257,657 | $ 236 | $ | 239,621 | $ 220 |
| 9 | 4 | 1 | 921 | Lexington | 1,091 | $ | 252,657 | $ 232 | $ | 234,971 | $ 215 |
| 9 | 4 | 2 | 922 | Lexington | 1,091 | $ | 252,657 | $ 232 | $ | 234,971 | $ 215 |
| 9 | 4 | 3 | 923 | Georgetown | 850 | $ | 196,350 | $ 231 | $ | 182,606 | $ 215 |
| 9 | 4 | 4 | 924 | Lexington | 1,091 | $ | 252,657 | $ 232 | $ | 234,971 | $ 215 |
| 9 | 4 | 5 | 925 | Lexington | 1,091 | $ | 252,657 | $ 232 | $ | 234,971 | $ 215 |
| 9 | 4 | 1 | 931 | Lexington | 1,091 | $ | 247,657 | $ 227 | $ | 230,321 | $ 211 |
| 9 | 4 | 2 | 932 | Lexington | 1,091 | $ | 247,657 | $ 227 | $ | 230,321 | $ 211 |
| 9 | 4 | 3 | 933 | Georgetown | 850 | $ | 191,350 | $ 225 | $ | 177,956 | $ 209 |
| 9 | 4 | 4 | 934 | Lexington | 1,091 | $ | 247,657 | $ 227 | $ | 230,321 | $ 211 |
| 9 | 4 | 5 | 935 | Lexington | 1,091 | $ | 247,657 | $ 227 | $ | 230,321 | $ 211 |
| 10 | 4 | 1 | 1011 | Lexington | 1,091 | $ | 257,657 | $ 236 | $ | 239,621 | $ 220 |
| 10 | 4 | 2 | 1012 | Lexington | 1,091 | $ | 257,657 | $ 236 | $ | 239,621 | $ 220 |
| 10 | 4 | 3 | 1013 | Georgetown | 850 | $ | 201,350 | $ 237 | $ | 187,256 | $ 220 |
| 10 | 4 | 4 | 1014 | Lexington | 1,091 | $ | 262,657 | $ 241 | $ | 244,271 | $ 224 |
| 10 | 4 | 5 | 1015 | Lexington | 1,091 | $ | 267,657 | $ 245 | $ | 248,921 | $ 228 |
| 10 | 4 | 1 | 1021 | Lexington | 1,091 | $ | 252,657 | $ 232 | $ | 234,971 | $ 215 |
| 10 | 4 | 2 | 1022 | Lexington | 1,091 | $ | 252,657 | $ 232 | $ | 234,971 | $ 215 |
| 10 | 4 | 3 | 1023 | Georgetown | 850 | $ | 196,350 | $ 231 | $ | 182,606 | $ 215 |
| 10 | 4 | 4 | 1024 | Lexington | 1,091 | $ | 257,657 | $ 236 | $ | 239,621 | $ 220 |
| 10 | 4 | 5 | 1025 | Lexington | 1,091 | $ | 262,657 | $ 241 | $ | 244,271 | $ 224 |
| 10 | 4 | 1 | 1031 | Lexington | 1,091 | $ | 247,657 | $ 227 | $ | 230,321 | $ 211 |
| 10 | 4 | 2 | 1032 | Lexington | 1,091 | $ | 247,657 | $ 227 | $ | 230,321 | $ 211 |
| 10 | 4 | 3 | 1033 | Georgetown | 850 | $ | 191,350 | $ 225 | $ | 177,956 | $ 209 |
| 10 | 4 | 4 | 1034 | Lexington | 1,091 | $ | 252,657 | $ 232 | $ | 234,971 | $ 215 |
| 10 | 4 | 5 | 1035 | Lexington | 1,091 | $ | 257,657 | $ 236 | $ | 239,621 | $ 220 |
| 11 | 2 | 1 | 1111 | Savannah | 1,336 | $ | 305,256 | $ 228 | $ | 283,888 | $ 212 |
| 11 | 2 | 2 | 1112 | Savannah | 1,336 | $ | 320,256 | $ 240 | $ | 297,838 | $ 223 |
| 11 | 2 | 3 | 1113 | Henderson | 1,036 | $ | 241,208 | $ 233 | $ | 224,323 | $ 217 |
| 11 | 2 | 4 | 1114 | Henderson | 1,036 | $ | 261,208 | $ 252 | $ | 242,923 | $ 234 |
| 11 | 2 | 5 | 1115 | Henderson | 1,036 | $ | 241,208 | $ 233 | $ | 224,323 | $ 217 |
| 11 | 2 | 6 | 1116 | Henderson | 1,036 | $ | 261,208 | $ 252 | $ | 242,923 | $ 234 |
| 11 | 2 | 7 | 1117 | Savannah | 1,336 | $ | 305,256 | $ 228 | $ | 283,888 | $ 212 |
| 11 | 2 | 8 | 1118 | Savannah | 1,336 | $ | 320,256 | $ 240 | $ | 297,838 | $ 223 |
| 11 | 2 | 1 | 1121 | Savannah | 1,336 | $ | 300,256 | $ 225 | $ | 279,238 | $ 209 |
| 11 | 2 | 2 | 1122 | Savannah | 1,336 | $ | 315,256 | $ 236 | $ | 293,188 | $ 219 |
| 11 | 2 | 3 | 1123 | Henderson | 1,036 | $ | 236,208 | $ 228 | $ | 219,673 | $ 212 |
| 11 | 2 | 4 | 1124 | Henderson | 1,036 | $ | 256,208 | $ 247 | $ | 238,273 | $ 230 |
| 11 | 2 | 5 | 1125 | Henderson | 1,036 | $ | 236,208 | $ 228 | $ | 219,673 | $ 212 |
| 11 | 2 | 6 | 1126 | Henderson | 1,036 | $ | 256,208 | $ 247 | $ | 238,273 | $ 230 |
| 11 | 2 | 7 | 1127 | Savannah | 1,336 | $ | 300,256 | $ 225 | $ | 279,238 | $ 209 |
| 11 | 2 | 8 | 1128 | Savannah | 1,336 | $ | 315,256 | $ 236 | $ | 293,188 | $ 219 |
| 11 | 2 | 1 | 1131 | Savannah | 1,336 | $ | 295,256 | $ 221 | $ | 274,588 | $ 206 |
| 11 | 2 | 2 | 1132 | Savannah | 1,336 | $ | 310,256 | $ 232 | $ | 288,538 | $ 216 |
| 11 | 2 | 3 | 1133 | Henderson | 1,036 | $ | 231,208 | $ 223 | $ | 215,023 | $ 208 |
| 11 | 2 | 4 | 1134 | Henderson | 1,036 | $ | 251,208 | $ 242 | $ | 233,623 | $ 226 |
| 11 | 2 | 5 | 1135 | Henderson | 1,036 | $ | 231,208 | $ 223 | $ | 215,023 | $ 208 |
| 11 | 2 | 6 | 1136 | Henderson | 1,036 | $ | 251,208 | $ 242 | $ | 233,623 | $ 226 |
| 11 | 2 | 7 | 1137 | Savannah | 1,336 | $ | 295,256 | $ 221 | $ | 274,588 | $ 206 |
| 11 | 2 | 8 | 1138 | Savannah | 1,336 | $ | 310,256 | $ 232 | $ | 288,538 | $ 216 |
| 12 | 4 | 1 | 1211 | Lexington | 1,091 | $ | 257,657 | $ 236 | $ | 239,621 | $ 220 |
| 12 | 4 | 2 | 1212 | Lexington | 1,091 | $ | 272,657 | $ 250 | $ | 253,571 | $ 232 |
| 12 | 4 | 3 | 1213 | Georgetown | 850 | $ | 216,350 | $ 255 | $ | 201,206 | $ 237 |
| 12 | 4 | 4 | 1214 | Lexington | 1,091 | $ | 272,657 | $ 250 | $ | 253,571 | $ 232 |
| 12 | 4 | 5 | 1215 | Lexington | 1,091 | $ | 257,657 | $ 236 | $ | 239,621 | $ 220 |
| 12 | 4 | 1 | 1221 | Lexington | 1,091 | $ | 252,657 | $ 232 | $ | 234,971 | $ 215 |
| 12 | 4 | 2 | 1222 | Lexington | 1,091 | $ | 267,657 | $ 245 | $ | 248,921 | $ 228 |
| 12 | 4 | 3 | 1223 | Georgetown | 850 | $ | 211,350 | $ 249 | $ | 196,556 | $ 231 |
| 12 | 4 | 4 | 1224 | Lexington | 1,091 | $ | 267,657 | $ 245 | $ | 248,921 | $ 228 |
| 12 | 4 | 5 | 1225 | Lexington | 1,091 | $ | 252,657 | $ 232 | $ | 234,971 | $ 215 |
| 12 | 4 | 1 | 1231 | Lexington | 1,091 | $ | 247,657 | $ 227 | $ | 230,321 | $ 211 |
| 12 | 4 | 2 | 1232 | Lexington | 1,091 | $ | 262,657 | $ 241 | $ | 244,271 | $ 224 |
| 12 | 4 | 3 | 1233 | Georgetown | 850 | $ | 206,350 | $ 243 | $ | 191,906 | $ 226 |
| 12 | 4 | 4 | 1234 | Lexington | 1,091 | $ | 262,657 | $ 241 | $ | 244,271 | $ 224 |
| 12 | 4 | 5 | 1235 | Lexington | 1,091 | $ | 247,657 | $ 227 | $ | 230,321 | $ 211 |
| 13 | 4 | 1 | 1311 | Lexington | 1,091 | $ | 257,657 | $ 236 | $ | 239,621 | $ 220 |
| 13 | 4 | 2 | 1312 | Lexington | 1,091 | $ | 272,657 | $ 250 | $ | 253,571 | $ 232 |
| 13 | 4 | 3 | 1313 | Georgetown | 850 | $ | 216,350 | $ 255 | $ | 201,206 | $ 237 |
| 13 | 4 | 4 | 1314 | Lexington | 1,091 | $ | 267,657 | $ 245 | $ | 248,921 | $ 228 |
| 13 | 4 | 5 | 1315 | Lexington | 1,091 | $ | 257,657 | $ 236 | $ | 239,621 | $ 220 |
| 13 | 4 | 1 | 1321 | Lexington | 1,091 | $ | 252,657 | $ 232 | $ | 234,971 | $ 215 |
| 13 | 4 | 2 | 1322 | Lexington | 1,091 | $ | 267,657 | $ 245 | $ | 248,921 | $ 228 |
| 13 | 4 | 3 | 1323 | Georgetown | 850 | $ | 211,350 | $ 249 | $ | 196,556 | $ 231 |
| 13 | 4 | 4 | 1324 | Lexington | 1,091 | $ | 262,657 | $ 241 | $ | 244,271 | $ 224 |
| 13 | 4 | 5 | 1325 | Lexington | 1,091 | $ | 252,657 | $ 232 | $ | 234,971 | $ 215 |
| 13 | 4 | 1 | 1331 | Lexington | 1,091 | $ | 247,657 | $ 227 | $ | 230,321 | $ 211 |
| 13 | 4 | 2 | 1332 | Lexington | 1,091 | $ | 262,657 | $ 241 | $ | 244,271 | $ 224 |
| 13 | 4 | 3 | 1333 | Georgetown | 850 | $ | 206,350 | $ 243 | $ | 191,906 | $ 226 |
| 13 | 4 | 4 | 1334 | Lexington | 1,091 | $ | 257,657 | $ 236 | $ | 239,621 | $ 220 |
| 13 | 4 | 5 | 1335 | Lexington | 1,091 | $ | 247,657 | $ 227 | $ | 230,321 | $ 211 |
| 14 | 5 | 1 | 1421 | Ashland | 648 | $ | 154,688 | $ 239 | $ | 143,860 | $ 222 |
| 14 | 5 | 3 | 1423 | Ashland | 648 | $ | 154,688 | $ 239 | $ | 143,860 | $ 222 |
| 15 | 5 | 1 | 1521 | Ashland | 648 | $ | 154,688 | $ 239 | $ | 143,860 | $ 222 |
| 15 | 5 | 3 | 1523 | Ashland | 648 | $ | 154,688 | $ 239 | $ | 143,860 | $ 222 |
| 16 | 5 | 2 | 1622 | Ashland | 648 | $ | 164,688 | $ 254 | $ | 153,160 | $ 236 |
| 16 | 5 | 4 | 1624 | Ashland | 648 | $ | 169,688 | $ 262 | $ | 157,810 | $ 244 |
| 17 | 1 | 1 | 1711 | Madison | 1,174 | $ | 269,150 | $ 229 | $ | 250,310 | $ 213 |
| 17 | 1 | 2 | 1712 | Madison | 1,174 | $ | 269,150 | $ 229 | $ | 250,310 | $ 213 |
| 17 | 1 | 3 | 1713 | Charleston | 782 | $ | 185,642 | $ 237 | $ | 172,647 | $ 221 |
| 17 | 1 | 4 | 1714 | Charleston | 782 | $ | 195,642 | $ 250 | $ | 181,947 | $ 233 |
| 17 | 1 | 5 | 1715 | Charleston | 782 | $ | 185,642 | $ 237 | $ | 172,647 | $ 221 |
| 17 | 1 | 6 | 1716 | Charleston | 782 | $ | 195,642 | $ 250 | $ | 181,947 | $ 233 |
| 17 | 1 | 7 | 1717 | Madison | 1,174 | $ | 269,150 | $ 229 | $ | 250,310 | $ 213 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 17 | 1 | 8 | 1718 | Madison | 1,174 | $ | 284,150 | $ 242 | $ | 264,260 | $ 225 |
| 17 | 1 | 0 | 1720 | Georgetown | 850 | $ | 196,350 | $ 231 | $ | 182,606 | $ 215 |
| 17 | 1 | 1 | 1721 | Madison | 1,174 | $ | 264,150 | $ 225 | $ | 245,660 | $ 209 |
| 17 | 1 | 2 | 1722 | Madison | 1,174 | $ | 264,150 | $ 225 | $ | 245,660 | $ 209 |
| 17 | 1 | 3 | 1723 | Charleston | 782 | $ | 180,642 | $ 231 | $ | 167,997 | $ 215 |
| 17 | 1 | 4 | 1724 | Charleston | 782 | $ | 190,642 | $ 244 | $ | 177,297 | $ 227 |
| 17 | 1 | 5 | 1725 | Charleston | 782 | $ | 180,642 | $ 231 | $ | 167,997 | $ 215 |
| 17 | 1 | 6 | 1726 | Charleston | 782 | $ | 190,642 | $ 244 | $ | 177,297 | $ 227 |
| 17 | 1 | 7 | 1727 | Madison | 1,174 | $ | 264,150 | $ 225 | $ | 245,660 | $ 209 |
| 17 | 1 | 8 | 1728 | Madison | 1,174 | $ | 279,150 | $ 238 | $ | 259,610 | $ 221 |
| 17 | 1 | 9 | 1729 | Georgetown | 850 | $ | 196,350 | $ 231 | $ | 182,606 | $ 215 |
| 17 | 1 | 0 | 1730 | Georgetown | 850 | $ | 191,350 | $ 225 | $ | 177,956 | $ 209 |
| 17 | 1 | 1 | 1731 | Madison | 1,174 | $ | 259,150 | $ 221 | $ | 241,010 | $ 205 |
| 17 | 1 | 2 | 1732 | Madison | 1,174 | $ | 259,150 | $ 221 | $ | 241,010 | $ 205 |
| 17 | 1 | 3 | 1733 | Charleston | 782 | $ | 175,642 | $ 225 | $ | 163,347 | $ 209 |
| 17 | 1 | 4 | 1734 | Charleston | 782 | $ | 185,642 | $ 237 | $ | 172,647 | $ 221 |
| 17 | 1 | 5 | 1735 | Charleston | 782 | $ | 175,642 | $ 225 | $ | 163,347 | $ 209 |
| 17 | 1 | 6 | 1736 | Charleston | 782 | $ | 185,642 | $ 237 | $ | 172,647 | $ 221 |
| 17 | 1 | 7 | 1737 | Madison | 1,174 | $ | 259,150 | $ 221 | $ | 241,010 | $ 205 |
| 17 | 1 | 8 | 1738 | Madison | 1,174 | $ | 274,150 | $ 234 | $ | 254,960 | $ 217 |
| 17 | 1 | 9 | 1739 | Georgetown | 850 | $ | 191,350 | $ 225 | $ | 177,956 | $ 209 |
| 18 | 3 | 1 | 1811 | Williamsburg | 1,478 | $ | 336,638 | $ 228 | $ | 313,073 | $ 212 |
| 18 | 3 | 2 | 1812 | Williamsburg | 1,478 | $ | 341,638 | $ 231 | $ | 317,723 | $ 215 |
| 18 | 3 | 3 | 1813 | Georgetown | 850 | $ | 201,350 | $ 237 | $ | 187,256 | $ 220 |
| 18 | 3 | 4 | 1814 | Georgetown | 850 | $ | 206,350 | $ 243 | $ | 191,906 | $ 226 |
| 18 | 3 | 5 | 1815 | Williamsburg | 1,478 | $ | 336,638 | $ 228 | $ | 313,073 | $ 212 |
| 18 | 3 | 6 | 1816 | Williamsburg | 1,478 | $ | 341,638 | $ 231 | $ | 317,723 | $ 215 |
| 18 | 3 | 1 | 1821 | Williamsburg | 1,478 | $ | 331,638 | $ 224 | $ | 308,423 | $ 209 |
| 18 | 3 | 2 | 1822 | Williamsburg | 1,478 | $ | 336,638 | $ 228 | $ | 313,073 | $ 212 |
| 18 | 3 | 3 | 1823 | Georgetown | 850 | $ | 196,350 | $ 231 | $ | 182,606 | $ 215 |
| 18 | 3 | 4 | 1824 | Georgetown | 850 | $ | 201,350 | $ 237 | $ | 187,256 | $ 220 |
| 18 | 3 | 5 | 1825 | Williamsburg | 1,478 | $ | 331,638 | $ 224 | $ | 308,423 | $ 209 |
| 18 | 3 | 6 | 1826 | Williamsburg | 1,478 | $ | 336,638 | $ 228 | $ | 313,073 | $ 212 |
| 18 | 3 | 1 | 1831 | Williamsburg | 1,478 | $ | 326,638 | $ 221 | $ | 303,773 | $ 206 |
| 18 | 3 | 2 | 1832 | Williamsburg | 1,478 | $ | 331,638 | $ 224 | $ | 308,423 | $ 209 |
| 18 | 3 | 3 | 1833 | Georgetown | 850 | $ | 191,350 | $ 225 | $ | 177,956 | $ 209 |
| 18 | 3 | 4 | 1834 | Georgetown | 850 | $ | 196,350 | $ 231 | $ | 182,606 | $ 215 |
| 18 | 3 | 5 | 1835 | Williamsburg | 1,478 | $ | 326,638 | $ 221 | $ | 303,773 | $ 206 |
| 18 | 3 | 6 | 1836 | Williamsburg | 1,478 | $ | 331,638 | $ 224 | $ | 308,423 | $ 209 |
| 19 | 4 | 1 | 1911 | Lexington | 1,091 | $ | 257,657 | $ 236 | $ | 239,621 | $ 220 |
| 19 | 4 | 2 | 1912 | Lexington | 1,091 | $ | 257,657 | $ 236 | $ | 239,621 | $ 220 |
| 19 | 4 | 3 | 1913 | Georgetown | 850 | $ | 206,350 | $ 243 | $ | 191,906 | $ 226 |
| 19 | 4 | 4 | 1914 | Lexington | 1,091 | $ | 262,657 | $ 241 | $ | 244,271 | $ 224 |
| 19 | 4 | 5 | 1915 | Lexington | 1,091 | $ | 257,657 | $ 236 | $ | 239,621 | $ 220 |
| 19 | 4 | 1 | 1921 | Lexington | 1,091 | $ | 252,657 | $ 232 | $ | 234,971 | $ 215 |
| 19 | 4 | 2 | 1922 | Lexington | 1,091 | $ | 252,657 | $ 232 | $ | 234,971 | $ 215 |
| 19 | 4 | 3 | 1923 | Georgetown | 850 | $ | 201,350 | $ 237 | $ | 187,256 | $ 220 |
| 19 | 4 | 4 | 1924 | Lexington | 1,091 | $ | 257,657 | $ 236 | $ | 239,621 | $ 220 |
| 19 | 4 | 5 | 1925 | Lexington | 1,091 | $ | 252,657 | $ 232 | $ | 234,971 | $ 215 |
| 19 | 4 | 1 | 1931 | Lexington | 1,091 | $ | 247,657 | $ 227 | $ | 230,321 | $ 211 |
| 19 | 4 | 2 | 1932 | Lexington | 1,091 | $ | 247,657 | $ 227 | $ | 230,321 | $ 211 |
| 19 | 4 | 3 | 1933 | Georgetown | 850 | $ | 196,350 | $ 231 | $ | 182,606 | $ 215 |
| 19 | 4 | 4 | 1934 | Lexington | 1,091 | $ | 252,657 | $ 232 | $ | 234,971 | $ 215 |
| 19 | 4 | 5 | 1935 | Lexington | 1,091 | $ | 247,657 | $ 227 | $ | 230,321 | $ 211 |
| 20 | 4 | 1 | 2011 | Lexington | 1,091 | $ | 257,657 | $ 236 | $ | 239,621 | $ 220 |
| 20 | 4 | 2 | 2012 | Lexington | 1,091 | $ | 257,657 | $ 236 | $ | 239,621 | $ 220 |
| 20 | 4 | 3 | 2013 | Georgetown | 850 | $ | 201,350 | $ 237 | $ | 187,256 | $ 220 |
| 20 | 4 | 4 | 2014 | Lexington | 1,091 | $ | 257,657 | $ 236 | $ | 239,621 | $ 220 |
| 20 | 4 | 5 | 2015 | Lexington | 1,091 | $ | 257,657 | $ 236 | $ | 239,621 | $ 220 |
| 20 | 4 | 1 | 2021 | Lexington | 1,091 | $ | 252,657 | $ 232 | $ | 234,971 | $ 215 |
| 20 | 4 | 2 | 2022 | Lexington | 1,091 | $ | 252,657 | $ 232 | $ | 234,971 | $ 215 |
| 20 | 4 | 3 | 2023 | Georgetown | 850 | $ | 196,350 | $ 231 | $ | 182,606 | $ 215 |
| 20 | 4 | 4 | 2024 | Lexington | 1,091 | $ | 252,657 | $ 232 | $ | 234,971 | $ 215 |
| 20 | 4 | 5 | 2025 | Lexington | 1,091 | $ | 252,657 | $ 232 | $ | 234,971 | $ 215 |
| 20 | 4 | 1 | 2031 | Lexington | 1,091 | $ | 247,657 | $ 227 | $ | 230,321 | $ 211 |
| 20 | 4 | 2 | 2032 | Lexington | 1,091 | $ | 247,657 | $ 227 | $ | 230,321 | $ 211 |
| 20 | 4 | 3 | 2033 | Georgetown | 850 | $ | 191,350 | $ 225 | $ | 177,956 | $ 209 |
| 20 | 4 | 4 | 2034 | Lexington | 1,091 | $ | 247,657 | $ 227 | $ | 230,321 | $ 211 |
| 20 | 4 | 5 | 2035 | Lexington | 1,091 | $ | 247,657 | $ 227 | $ | 230,321 | $ 211 |
| 21 | 2 | 1 | 2111 | Savannah | 1,336 | $ | 305,256 | $ 228 | $ | 283,888 | $ 212 |
| 21 | 2 | 2 | 2112 | Savannah | 1,336 | $ | 305,256 | $ 228 | $ | 283,888 | $ 212 |
| 21 | 2 | 3 | 2113 | Henderson | 1,036 | $ | 241,208 | $ 233 | $ | 224,323 | $ 217 |
| 21 | 2 | 4 | 2114 | Henderson | 1,036 | $ | 241,208 | $ 233 | $ | 224,323 | $ 217 |
| 21 | 2 | 5 | 2115 | Henderson | 1,036 | $ | 241,208 | $ 233 | $ | 224,323 | $ 217 |
| 21 | 2 | 6 | 2116 | Henderson | 1,036 | $ | 246,208 | $ 238 | $ | 228,973 | $ 221 |
| 21 | 2 | 7 | 2117 | Savannah | 1,336 | $ | 305,256 | $ 228 | $ | 283,888 | $ 212 |
| 21 | 2 | 8 | 2118 | Savannah | 1,336 | $ | 315,256 | $ 236 | $ | 293,188 | $ 219 |
| 21 | 2 | 1 | 2121 | Savannah | 1,336 | $ | 300,256 | $ 225 | $ | 279,238 | $ 209 |
| 21 | 2 | 2 | 2122 | Savannah | 1,336 | $ | 300,256 | $ 225 | $ | 279,238 | $ 209 |
| 21 | 2 | 3 | 2123 | Henderson | 1,036 | $ | 236,208 | $ 228 | $ | 219,673 | $ 212 |
| 21 | 2 | 4 | 2124 | Henderson | 1,036 | $ | 236,208 | $ 228 | $ | 219,673 | $ 212 |
| 21 | 2 | 5 | 2125 | Henderson | 1,036 | $ | 236,208 | $ 228 | $ | 219,673 | $ 212 |
| 21 | 2 | 6 | 2126 | Henderson | 1,036 | $ | 241,208 | $ 233 | $ | 224,323 | $ 217 |
| 21 | 2 | 7 | 2127 | Savannah | 1,336 | $ | 300,256 | $ 225 | $ | 279,238 | $ 209 |
| 21 | 2 | 8 | 2128 | Savannah | 1,336 | $ | 310,256 | $ 232 | $ | 288,538 | $ 216 |
| 21 | 2 | 1 | 2131 | Savannah | 1,336 | $ | 295,256 | $ 221 | $ | 274,588 | $ 206 |
| 21 | 2 | 2 | 2132 | Savannah | 1,336 | $ | 295,256 | $ 221 | $ | 274,588 | $ 206 |
| 21 | 2 | 3 | 2133 | Henderson | 1,036 | $ | 231,208 | $ 223 | $ | 215,023 | $ 208 |
| 21 | 2 | 4 | 2134 | Henderson | 1,036 | $ | 231,208 | $ 223 | $ | 215,023 | $ 208 |
| 21 | 2 | 5 | 2135 | Henderson | 1,036 | $ | 231,208 | $ 223 | $ | 215,023 | $ 208 |
| 21 | 2 | 6 | 2136 | Henderson | 1,036 | $ | 236,208 | $ 228 | $ | 219,673 | $ 212 |
| 21 | 2 | 7 | 2137 | Savannah | 1,336 | $ | 295,256 | $ 221 | $ | 274,588 | $ 206 |
| 21 | 2 | 8 | 2138 | Savannah | 1,336 | $ | 305,256 | $ 228 | $ | 283,888 | $ 212 |
| 22 | 1 | 1 | 2211 | Madison | 1,174 | $ | 274,150 | $ 234 | $ | 254,960 | $ 217 |
| 22 | 1 | 2 | 2212 | Madison | 1,174 | $ | 284,150 | $ 242 | $ | 264,260 | $ 225 |
| 22 | 1 | 3 | 2213 | Charleston | 782 | $ | 185,642 | $ 237 | $ | 172,647 | $ 221 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 22 | 1 | 4 | 2214 | Charleston | 782 | $ | 195,642 | $ 250 | $ | 181,947 | $ 233 |
| 22 | 1 | 5 | 2215 | Charleston | 782 | $ | 185,642 | $ 237 | $ | 172,647 | $ 221 |
| 22 | 1 | 6 | 2216 | Charleston | 782 | $ | 195,642 | $ 250 | $ | 181,947 | $ 233 |
| 22 | 1 | 7 | 2217 | Madison | 1,174 | $ | 274,150 | $ 234 | $ | 254,960 | $ 217 |
| 22 | 1 | 8 | 2218 | Madison | 1,174 | $ | 284,150 | $ 242 | $ | 264,260 | $ 225 |
| 22 | 1 | 0 | 2220 | Georgetown | 850 | $ | 196,350 | $ 231 | $ | 182,606 | $ 215 |
| 22 | 1 | 1 | 2221 | Madison | 1,174 | $ | 269,150 | $ 229 | $ | 250,310 | $ 213 |
| 22 | 1 | 2 | 2222 | Madison | 1,174 | $ | 279,150 | $ 238 | $ | 259,610 | $ 221 |
| 22 | 1 | 3 | 2223 | Charleston | 782 | $ | 180,642 | $ 231 | $ | 167,997 | $ 215 |
| 22 | 1 | 4 | 2224 | Charleston | 782 | $ | 190,642 | $ 244 | $ | 177,297 | $ 227 |
| 22 | 1 | 5 | 2225 | Charleston | 782 | $ | 180,642 | $ 231 | $ | 167,997 | $ 215 |
| 22 | 1 | 6 | 2226 | Charleston | 782 | $ | 190,642 | $ 244 | $ | 177,297 | $ 227 |
| 22 | 1 | 7 | 2227 | Madison | 1,174 | $ | 269,150 | $ 229 | $ | 250,310 | $ 213 |
| 22 | 1 | 8 | 2228 | Madison | 1,174 | $ | 279,150 | $ 238 | $ | 259,610 | $ 221 |
| 22 | 1 | 9 | 2229 | Georgetown | 850 | $ | 196,350 | $ 231 | $ | 182,606 | $ 215 |
| 22 | 1 | 0 | 2230 | Georgetown | 850 | $ | 191,350 | $ 225 | $ | 177,956 | $ 209 |
| 22 | 1 | 1 | 2231 | Madison | 1,174 | $ | 264,150 | $ 225 | $ | 245,660 | $ 209 |
| 22 | 1 | 2 | 2232 | Madison | 1,174 | $ | 274,150 | $ 234 | $ | 254,960 | $ 217 |
| 22 | 1 | 3 | 2233 | Charleston | 782 | $ | 175,642 | $ 225 | $ | 163,347 | $ 209 |
| 22 | 1 | 4 | 2234 | Charleston | 782 | $ | 185,642 | $ 237 | $ | 172,647 | $ 221 |
| 22 | 1 | 5 | 2235 | Charleston | 782 | $ | 175,642 | $ 225 | $ | 163,347 | $ 209 |
| 22 | 1 | 6 | 2236 | Charleston | 782 | $ | 185,642 | $ 237 | $ | 172,647 | $ 221 |
| 22 | 1 | 7 | 2237 | Madison | 1,174 | $ | 264,150 | $ 225 | $ | 245,660 | $ 209 |
| 22 | 1 | 8 | 2238 | Madison | 1,174 | $ | 274,150 | $ 234 | $ | 254,960 | $ 217 |
| 22 | 1 | 9 | 2239 | Georgetown | 850 | $ | 191,350 | $ 225 | $ | 177,956 | $ 209 |
| 23 | 1 | 1 | 2311 | Madison | 1,174 | $ | 274,150 | $ 234 | $ | 254,960 | $ 217 |
| 23 | 1 | 2 | 2312 | Madison | 1,174 | $ | 284,150 | $ 242 | $ | 264,260 | $ 225 |
| 23 | 1 | 3 | 2313 | Charleston | 782 | $ | 195,642 | $ 237 | $ | 172,647 | $ 221 |
| 23 | 1 | 4 | 2314 | Charleston | 782 | $ | 195,642 | $ 250 | $ | 181,947 | $ 233 |
| 23 | 1 | 5 | 2315 | Charleston | 782 | $ | 185,642 | $ 237 | $ | 172,647 | $ 221 |
| 23 | 1 | 6 | 2316 | Charleston | 782 | $ | 195,642 | $ 250 | $ | 181,947 | $ 233 |
| 23 | 1 | 7 | 2317 | Madison | 1,174 | $ | 274,150 | $ 234 | $ | 254,960 | $ 217 |
| 23 | 1 | 8 | 2318 | Madison | 1,174 | $ | 279,150 | $ 238 | $ | 259,610 | $ 221 |
| 23 | 1 | 0 | 2320 | Georgetown | 850 | $ | 196,350 | $ 231 | $ | 182,606 | $ 215 |
| 23 | 1 | 1 | 2321 | Madison | 1,174 | $ | 269,150 | $ 229 | $ | 250,310 | $ 213 |
| 23 | 1 | 2 | 2322 | Madison | 1,174 | $ | 279,150 | $ 238 | $ | 259,610 | $ 221 |
| 23 | 1 | 3 | 2323 | Charleston | 782 | $ | 180,642 | $ 231 | $ | 167,997 | $ 215 |
| 23 | 1 | 4 | 2324 | Charleston | 782 | $ | 190,642 | $ 244 | $ | 177,297 | $ 227 |
| 23 | 1 | 5 | 2325 | Charleston | 782 | $ | 180,642 | $ 231 | $ | 167,997 | $ 215 |
| 23 | 1 | 6 | 2326 | Charleston | 782 | $ | 190,642 | $ 244 | $ | 177,297 | $ 227 |
| 23 | 1 | 7 | 2327 | Madison | 1,174 | $ | 269,150 | $ 229 | $ | 250,310 | $ 213 |
| 23 | 1 | 8 | 2328 | Madison | 1,174 | $ | 274,150 | $ 234 | $ | 254,960 | $ 217 |
| 23 | 1 | 9 | 2329 | Georgetown | 850 | $ | 196,350 | $ 231 | $ | 182,606 | $ 215 |
| 23 | 1 | 0 | 2330 | Georgetown | 850 | $ | 191,350 | $ 225 | $ | 177,956 | $ 209 |
| 23 | 1 | 1 | 2331 | Madison | 1,174 | $ | 264,150 | $ 225 | $ | 245,660 | $ 209 |
| 23 | 1 | 2 | 2332 | Madison | 1,174 | $ | 274,150 | $ 234 | $ | 254,960 | $ 217 |
| 23 | 1 | 3 | 2333 | Charleston | 782 | $ | 175,642 | $ 225 | $ | 163,347 | $ 209 |
| 23 | 1 | 4 | 2334 | Charleston | 782 | $ | 185,642 | $ 237 | $ | 172,647 | $ 221 |
| 23 | 1 | 5 | 2335 | Charleston | 782 | $ | 175,642 | $ 225 | $ | 163,347 | $ 209 |
| 23 | 1 | 6 | 2336 | Charleston | 782 | $ | 185,642 | $ 237 | $ | 172,647 | $ 221 |
| 23 | 1 | 7 | 2337 | Madison | 1,174 | $ | 264,150 | $ 225 | $ | 245,660 | $ 209 |
| 23 | 1 | 8 | 2338 | Madison | 1,174 | $ | 269,150 | $ 229 | $ | 250,310 | $ 213 |
| 23 | 1 | 9 | 2339 | Georgetown | 850 | $ | 191,350 | $ 225 | $ | 177,956 | $ 209 |
| 24 | 5 | 2 | 2422 | Ashland | 648 | $ | 169,688 | $ 262 | $ | 157,810 | $ 244 |
| 24 | 5 | 4 | 2424 | Ashland | 648 | $ | 169,688 | $ 262 | $ | 157,810 | $ 244 |
| 25 | 4 | 1 | 2511 | Lexington | 1,091 | $ | 257,657 | $ 236 | $ | 239,621 | $ 220 |
| 25 | 4 | 2 | 2512 | Lexington | 1,091 | $ | 272,657 | $ 250 | $ | 253,571 | $ 232 |
| 25 | 4 | 3 | 2513 | Georgetown | 850 | $ | 236,350 | $ 255 | $ | 201,206 | $ 237 |
| 25 | 4 | 4 | 2514 | Lexington | 1,091 | $ | 272,657 | $ 250 | $ | 253,571 | $ 232 |
| 25 | 4 | 5 | 2515 | Lexington | 1,091 | $ | 262,657 | $ 241 | $ | 244,271 | $ 224 |
| 25 | 4 | 1 | 2521 | Lexington | 1,091 | $ | 252,657 | $ 232 | $ | 234,971 | $ 215 |
| 25 | 4 | 2 | 2522 | Lexington | 1,091 | $ | 267,657 | $ 245 | $ | 248,921 | $ 228 |
| 25 | 4 | 3 | 2523 | Georgetown | 850 | $ | 211,350 | $ 249 | $ | 196,556 | $ 231 |
| 25 | 4 | 4 | 2524 | Lexington | 1,091 | $ | 267,657 | $ 245 | $ | 248,921 | $ 228 |
| 25 | 4 | 5 | 2525 | Lexington | 1,091 | $ | 257,657 | $ 236 | $ | 239,621 | $ 220 |
| 25 | 4 | 1 | 2531 | Lexington | 1,091 | $ | 247,657 | $ 227 | $ | 230,321 | $ 211 |
| 25 | 4 | 2 | 2532 | Lexington | 1,091 | $ | 262,657 | $ 241 | $ | 244,271 | $ 224 |
| 25 | 4 | 3 | 2533 | Georgetown | 850 | $ | 206,350 | $ 243 | $ | 191,906 | $ 226 |
| 25 | 4 | 4 | 2534 | Lexington | 1,091 | $ | 262,657 | $ 241 | $ | 244,271 | $ 224 |
| 25 | 4 | 5 | 2535 | Lexington | 1,091 | $ | 252,657 | $ 232 | $ | 234,971 | $ 215 |
| 26 | 5 | 2 | 2622 | Ashland | 648 | $ | 169,688 | $ 262 | $ | 157,810 | $ 244 |
| 26 | 5 | 4 | 2624 | Ashland | 648 | $ | 169,688 | $ 262 | $ | 157,810 | $ 244 |
| 27 | 5 | 2 | 2722 | Ashland | 648 | $ | 169,688 | $ 262 | $ | 157,810 | $ 244 |
| 27 | 5 | 4 | 2724 | Ashland | 648 | $ | 169,688 | $ 262 | $ | 157,810 | $ 244 |
| Totals/Averages | | 451 | | | 464,606 | | $108,353,618 | $233 | | $100,763,865 | $217 |
| Attached Garages | Spaces--> | 76 | | Per Space--> | $ 18,000 | $ | 1,368,000 | | $ | 1,272,240 | |
| Detached Garages | Spaces--> | 50 | | Per Space--> | $ 15,568 | $ | 778,382 | | $ | 723,895 | |
| Totals/Averages | | | | | | | $2,146,382 | | | $1,996,135 | |
| Grand Total | | 451 | | | 464,606 | | $110,500,000 | | | $102,765,000 | |

Millenia Luxury Condominiums, LLC, a Delaware limited liability company

By: _____
Name: Eduardo Avila
Title: President