UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No. 1:07-cv-03614-RPP/RLE

HUDSON REALTY CAPITAL FUND III LP,
HRC FUND III POOLING DOMESTIC LLC,
and HRC FUND III POOLING REIT, LLC,

        Plaintiffs,

v.

MILLENIA LUXURY CONDOMINIUMS
(FLORIDA) LLC, EDUARDO AVILA and
JACK KAPLAN,

        Defendants

## WITHDRAWAL OF DEFENDANTS' MOTION TO DISMISS

Millenia Luxury Condominiums (Florida) LLC, Eduardo Avila and Jack Kaplan, Defendants, as a result of a ruling in a companion case pending in the United States District Court for the Southern District of Florida, hereby withdraw with prejudice their previously filed Motion to Dismiss [C.P.# 5]. The Defendants will respond to the Complaint on or before January 8, 2008.

Dated: December 31, 2007.

        Respectfully submitted,

        ADORNO & YOSS LLP
        Attorneys for Defendants

        By: /s/Stephen C. Hunt
            Stephen C. Hunt (SH 6603)
            350 East Las Olas Boulevard, Suite 1700
            Fort Lauderdale, Florida 33301-4217
            Phone: (954) 763-1200
            Fax: (954) 766-7800
            Email: shunt@adorno.com