UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No. 1:07-cv-03614-RPP/RLE

| | |
|---|---|
| HUDSON REALTY CAPITAL FUND III LP, HRC FUND III POOLING DOMESTIC LLC, and HRC FUND III POOLING REIT, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>MILLENIA LUXURY CONDOMINIUMS (FLORIDA) LLC, EDUARDO AVILA and JACK KAPLAN,<br><br>    Defendants. | **CERTIFICATE OF SERVICE** |

I HEREBY CERTIFY that on December 31, 2007 and in accordance with Local Civil Rule 5.3(a), I caused a true and correct copy of the Withdrawal of the Defendants' Motion to Dismiss to be served by first class mail, in a sealed envelope, with fully pre-paid delivery charges affixed thereto, upon:

> Howard E. Cotton, Esq.
> Michael S. Gordon, Esq.
> Katten Muchin Rosenman LLP
> 575 Madison Avenue
> New York, NY 10022

Dated: December 31, 2007

> ADORNO & YOSS LLP
> Attorneys for Defendants
>
>
> By:    /s/ Stephen C. Hunt
>     Stephen C. Hunt (SH 6603)
>     350 East Las Olas Blvd., Suite 1700
>     Fort Lauderdale, FL 33301-4207
>     Phone: (954) 763-1200
>     Fax: (954) 766-7800
>     Email: shunt@adorno.com