UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No. 1:07-cv-03614-RPP/RLE

HUDSON REALTY CAPITAL FUND III
LP, HRC FUND III POOLING
DOMESTIC LLC, and HRC FUND III
POOLING REIT, LLC,

      Plaintiffs and
      Counter-Defendants,

v.

MILLENIA LUXURY CONDOMINIUMS
(FLORIDA) LLC, EDUARDO AVILA and
JACK KAPLAN,

      Defendants and
      Counter-Plaintiffs.

_____/

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that, on January 8, 2008 true and correct copies of the Defendants' Answer, Affirmative Defenses and Jury Demand and Counterclaim for Declaratory Relief and Damages, with Jury Demand [C.P.# 17], were served upon the Plaintiffs through their counsel, Michael S. Gordon, Esq., of Katten, Muchin, Rosenman LLP, via CM/ECF as follows: michael.gordon@kattenlaw.com and by first class mail to: Howard E. Cotton and Michael S. Gordon, Esqs., Katten, Muchin, Rosenman LLP, at 575 Madison Avenue, New York, NY 10022

Dated: January 8, 2008.

                                  ADORNO & YOSS LLP
                                  Attorneys for the Defendants and
                                  Counter-Plaintiffs


                              By: /s/Stephen C. Hunt_____
                                Stephen C. Hunt (SH 6603)
                                350 East Las Olas Boulevard, Suite 1700
                                Fort Lauderdale, Florida 33301-4217
                                Phone: (954) 763-1200
                                Fax: (954) 766-7800
                                Email: shunt@adorno.com