UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No. 1:07-cv-03614-RPP/RLE

HUDSON REALTY CAPITAL FUND III LP,
HRC FUND III POOLING DOMESTIC LLC,
and HRC FUND III POOLING REIT, LLC,

Plaintiffs,

v.

MILLENIA LUXURY CONDOMINIUMS
(FLORIDA) LLC, EDUARDO AVILA and
JACK KAPLAN,

Defendants

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/08

**MEMO ENDORSED**

## WITHDRAWAL OF DEFENDANTS' MOTION TO DISMISS

Millenia Luxury Condominiums (Florida) LLC, Eduardo Avila and Jack Kaplan, Defendants, as a result of a ruling in a companion case pending in the United States District Court for the Southern District of Florida, hereby withdraw with prejudice their previously filed Motion to Dismiss [C.P.# 5]. The Defendants will respond to the Complaint on or before January 8, 2008.

Dated: December 31, 2007.

*SEE TYPEWRITTEN MEMO ENDORSEMENT ATTACHED*

Respectfully submitted,

ADORNO & YOSS LLP
Attorneys for Defendants

By: /s/Stephen C. Hunt
   Stephen C. Hunt (SH 6603)
   350 East Las Olas Boulevard, Suite 1700
   Fort Lauderdale, Florida 33301-4217
   Phone: (954) 763-1200
   Fax: (954) 766-7800
   Email: shunt@adorno.com

*Handwritten endorsement:* Defendants' motion to Dismiss or Transfer the Case to the Southern District of Florida is withdrawn. That motion is no longer pending. So ordered. 1/3/08 [signed] Robert P. Patterson USDJ

Case:     Hudson Realty Capital Fund III v. Millenia Luxury Condominium, et al.
Index No. 07 Civ. 3614 (RPP)

**MEMO ENDORSEMENT READS:**

*Defendants' motion to Dismiss or Transfer the case to the Southern District of Florida is withdraw and, therefore, is no longer pending.*

*So ordered.*

*Robert P. Patterson, Jr., U.S.D.J., 1/3/08*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No. 1:07-cv-03614-RPP/RLE

| | |
|---|---|
| HUDSON REALTY CAPITAL FUND III LP, HRC FUND III POOLING DOMESTIC LLC, and HRC FUND III POOLING REIT, LLC,<br><br>   Plaintiffs,<br><br>v.<br><br>MILLENIA LUXURY CONDOMINIUMS (FLORIDA) LLC, EDUARDO AVILA and JACK KAPLAN,<br><br>   Defendants. | **CERTIFICATE OF SERVICE** |

   I HEREBY CERTIFY that on December 31, 2007 and in accordance with Local Civil Rule 5.3(a), I caused a true and correct copy of the Withdrawal of the Defendants' Motion to Dismiss to be served by first class mail, in a sealed envelope, with fully pre-paid delivery charges affixed thereto, upon:

>   Howard E. Cotton, Esq.
>   Michael S. Gordon, Esq.
>   Katten Muchin Rosenman LLP
>   575 Madison Avenue
>   New York, NY 10022

Dated: December 31, 2007

>   ADORNO & YOSS LLP
>   Attorneys for Defendants
>
>   By:  /s/ Stephen C. Hunt
>       Stephen C. Hunt (SH 6603)
>       350 East Las Olas Blvd., Suite 1700
>       Fort Lauderdale, FL 33301-4207
>       Phone: (954) 763-1200
>       Fax: (954) 766-7800
>       Email: shunt@adorno.com

{212647.0007/N0696354_1}

**Motions**
1:07-cv-03614-RPP Hudson Realty Capital Fund III, LP et al v. Millenia Luxury Condominius Florida, LLC et al
ECF

### U.S. District Court

### United States District Court for the Southern District of New York

### Notice of Electronic Filing

The following transaction was entered by Hunt, Stephen on 12/31/2007 at 10:52 AM EST and filed on 12/31/2007

| | |
|---|---|
| **Case Name:** | Hudson Realty Capital Fund III, LP et al v. Millenia Luxury Condominius Florida, LLC et al |
| **Case Number:** | 1:07-cv-3614 |
| **Filer:** | Millenia Luxury Condominius Florida, LLC<br>Uduardo Avila<br>Jack Kaplan |
| **Document Number:** | 16 |

**Docket Text:**
**EX PARTE MOTION to Withdraw [5] MOTION to Dismiss** *Pursuant to Federal Rule of Civil Procedure 12(b)(6) or, in the Alternative, to Transfer the Case to the United States District Court for the Southern District of Florida.* **MOTION to Dismiss** *Pursuant to Federal Rule of Civil Procedure 12(b)(6) or, in the Alternative, to Transfer the Case to the United States District Court for the Southern District of Florida..* **Document filed by Uduardo Avila, Jack Kaplan, Millenia Luxury Condominius Florida, LLC. (Attachments: # (1) Certificate of Service)(Hunt, Stephen)**

**1:07-cv-3614 Notice has been electronically mailed to:**

Michael Steven Gordon     michael.gordon@kattenlaw.com

Stephen C. Hunt     shunt@adorno.com, sch.ecfnotices@yahoo.com

**1:07-cv-3614 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**