

**Katten**
Katten Muchin Rosenman LLP

575 Madison Avenue
New York, NY 10022-2585
212.940.8800 tel
212.940.6400 fax

MICHAEL S. GORDON
michael.gordon@kattenlaw.com
212.840.8666 direct
212.894.5866 fax

January 30, 2008

**MEMO ENDORSED**

<u>Via Facsimile</u>

Honorable Robert P. Patterson
United States District Court
Southern District of New York
U.S. Courthouse
500 Pearl Street, Room 2550
New York, New York 10017-1316

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/08
```

Re:  <u>Hudson Realty Capital Fund III, LP et al. v. Millenia Luxury
     Condominiums (Florida) LLC, et al., 07 CV 3614 (RPP)</u>

Dear Judge Patterson:

   We represent Plaintiffs Hudson Realty Capital Fund III LP, HRC Fund III Pooling Domestic, LLC and HRC Fund III Pooling REIT, LLC ("Plaintiffs") in the above-referenced matter.

   Plaintiffs respectfully request an extension of time to respond to Defendants' "Counterclaim for Declaratory Relief and Damages, with Jury Demand," dated January 8, 2008 ("Defendants' Counterclaims"). Absent an extension, Plaintiffs would be required to serve, *inter alia*, their response to Defendants' Counterclaims by January 31, 2008. Pending the Court's approval, Defendants' counsel has consented to an extension of Plaintiffs' time to respond to Defendants' Counterclaims until February 29, 2008. No previous requests for an extension with respect to Defendants' Counterclaims have been made.

   Accordingly, Plaintiffs respectfully request that the Court approve the extension.

                                             Respectfully submitted,

                                             Michael Gordon
                                             Michael S. Gordon

*Application granted
So ordered
RPP Patterson
1/30/08*

cc:  Charles M. Tatelbaum, Esq. (Defendants' counsel) (via facsimile)
     Stephen C. Hunt, Esq. (Defendants' counsel) (via facsimile)

NEW YORK   CHARLOTTE   CHICAGO   IRVING   LONDON   LOS ANGELES   PALO ALTO   WASHINGTON, DC   WWW.KATTENLAW.COM
LONDON AFFILIATE: KATTEN MUCHIN ROSENMAN CORNISH LLP
A limited liability partnership including professional corporations

84272580 1