

**Katten**
Katten Muchin Rosenman LLP

575 Madison Avenue
New York, NY 10022-2585
212.940.8800 tel
212.940.6400 fax

# MEMO ENDORSED

MICHAEL S. GORDON
michael.gordon@kattenlaw.com
212.940.8866 direct
212.894.5866 fax

April 21, 2008

<u>Via Facsimile</u>

Honorable Robert P. Patterson
United States District Court
Southern District of New York
U.S. Courthouse
500 Pearl Street, Room 2550
New York, New York 10017-1316

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/08
```

Re: <u>Hudson Realty Capital Fund III, LP et al. v. Millenia Luxury Condominiums (Florida) LLC, et al., 07 CV 3614 (RPP)</u>

Dear Judge Patterson:

  We represent Plaintiffs, Hudson Realty Capital Fund III LP, HRC Fund III Pooling Domestic LLC and HRC Fund III Pooling REIT LLC ("Plaintiffs") in the above-referenced matter. Recently, we received a Calendar Notice regarding a Case Management Conference that has been scheduled for Wednesday, April 30, 2008 at 9:30 a.m.. We would respectfully request that the Conference be adjourned for the reasons set forth below.

  We are pleased to inform the Court that, on April 18, 2008, the parties executed a Settlement Agreement which provides for, *inter alia*, settlement payments to be made by Defendants in two installments, the first of which already has been made. In the event that the second, *i.e.*, "Final Settlement Installment" is not made on or before November 30, 2008, the parties have agreed that Plaintiffs may enter Confessions of Judgment against Defendants, which are being held in escrow by the undersigned, and seek enforcement thereof. In addition to the Confessions, the undersigned is holding in escrow Releases and a Stipulation of Dismissal executed by the parties, which will be exchanged and filed, respectively, upon Defendants' fulfillment of their settlement payment obligations.

  Accordingly, we would respectfully request that: (i) the Court adjourn the Case Management Conference scheduled for Wednesday, April 30 and (ii) retain jurisdiction over this action, or, in the alternative, administratively dismiss the action, pending reinstatement by December 31, 2008 upon request either by Plaintiffs or Defendants. Defendants' counsel has consented to the foregoing requests.

NEW YORK CHARLOTTE CHICAGO IRVING LONDON LOS ANGELES PALO ALTO WASHINGTON, DC WWW.KATTENLAW.COM
LONDON AFFILIATE: KATTEN MUCHIN ROSENMAN CORNISH LLP
A limited liability partnership including professional corporations

R42725K0 2



**Katten**
Katten Muchin Rosenman LLP

Honorable Robert P. Patterson
April 21, 2008
Page 2

Thank you for considering these requests.

Respectfully submitted,

*Michael Gordon*

Michael S. Gordon

cc: Charles M. Tatelbaum, Esq. (Defendants' counsel) (via facsimile)
Stephen C. Hunt, Esq. (Defendants' counsel) (via facsimile)

**SEE TYPEWRITTEN MEMO ENDORSEMENT ATTACHED**

Application for second alternative granted. This action is dismissed in view of the settlement agreement between the parties, subject to reinstatement by either party upon good cause shown on or before December 31, 2008.

So ordered
Robert P. Patterson, USDJ
4/21/08

Case:      Hudson Realty Capital Fund III v. Millenia Luxury Condominium, et al.
Index No.  07 Civ. 3614 (RPP)

**MEMO ENDORSEMENT READS:**

*Application for second alternative granted. This action is dismissed in view of the settlement agreement between the parties, subject to reinstatement by either party upon good cause shown on or before December 31, 2008.*

*So ordered.*

*Robert P. Patterson, Jr., U.S.D.J., 4/21/08*